People v Citalan (2025 NY Slip Op 03978)

People v Citalan

2025 NY Slip Op 03978

Decided on July 01, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 01, 2025

Before: Moulton, J.P., Gesmer, Pitt-Burke, Higgitt, Michael, JJ. 

SCI No. 1025/19|Appeal No. 4649|Case No. 2023-03918|

[*1]The People of the State of New York, Respondent,
v
Daniel Citalan, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Shaina R. Watrous of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Connor S. Glendinning of counsel), for respondent.

Order, Supreme Court, Bronx County (Laurence E. Busching, J.), entered on or about July 6, 2023, which, after a hearing, adjudicated defendant a risk level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law Art 6-C), unanimously affirmed, without costs.
We perceive no basis to substitute our discretion and grant a downward departure to a risk level two offender, and the hearing court providently denied the departure (see People v Gillotti, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument (see People v Cabrera, 91 AD3d 479, 480 [1st Dept 2012], lv denied 19 NY3d 801 [2012]). The record does not show that defendant's participation in sex offender treatment while incarcerated was exceptional to the extent that a downward departure would be warranted (see People v Perez, 226 AD3d 487, 487 [1st Dept 2024], lv denied 42 NY3d 905 [2024]). In any event, the mitigating factors cited by defendant were outweighed by the seriousness of the underlying sexual offenses, which involved sexually abusing one young girl and raping another (see People v Williams, 220 AD3d 512, 513 [1st Dept 2023], lv denied 41 NY3d 905 [2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 1, 2025